either side will be promoted, we feel that the moving papers do not disclose sufficient basis for the exercise of the court's discretion to change the place of trial from Monroe to Wayne County. All concur. (Appeal from part of an order of Monroe Special Term granting defendant's motion to change the place of trial of the consolidated action from Monroe County to Wayne County.) Present — McCurn, P. J., Kimball, Wheeler and Van Duser, JJ.

RUTH WATSO, Respondent, v. CITY OF ROCHESTER, Appellant, et al., Defendant.— All concur. (Appeal from a judgment of Monroe Trial Term for plaintiff and against defendant city in an action for damages for personal injuries alleged to have been sustained by plaintiff by reason of her having fallen on a defective sidewalk. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Wheeler and Van Duser, JJ.

HENRY WATSO, Respondent, v. CITY OF ROCHESTER, Appellant, et al., Defendant.— Present — McCurn, P. J., Kimball, Wheeler and Van Duser, JJ.

SALVATORE BORRELLI, Respondent, v. HILDA HEGNAUER, Appellant, et al., Defendant.— All concur. (Appeal from an order of Monroe Trial Term setting aside the verdict of a jury in favor of defendant Hegnauer for no cause of action, and granting a new trial in an automobile negligence action.) Present — McCurn, P. J., Kimball, Wheeler and Van Duser, JJ.

MAUDE MANHARDT, Appellant, v. NORMAN BESSO et al., Respondents, et al., Defendant.— All concur. (Appeal from part of a judgment of Erie Trial Term dismissing plaintiff's complaint as to defendants Besso and Feibel, in a negligence action. The order granted a motion for dismissal and for direction of verdict.) Present — McCurn, P. J., Kimball, Wheeler and Van Duser, JJ.

ROBERT BURDICK, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31863.) All concur. (Appeal from a judgment of the Court of Claims dismissing a claim for damages for personal injuries alleged to have been sustained by claimant as the result of his having been attacked by another prisoner in Attica State Prison.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [206 Misc. 839.]

ROSE PICCOLO, Respondent, v. DANTE PICCOLO, Appellant.— All concur. (Appeal from a judgment of Monroe Equity Term granting plaintiff a separation, custody of a minor child, alimony, and support for the child. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.